**Dismissed and Memorandum Opinion filed January 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-04-01035-CV

_____

**JAMES B. MADDUX AND GMS ENERGY SERVICES, L.P. AND
STAR TAX SOLUTIONS, L.L.C., Appellants**

**V.**

**TRINITY PETROLEUM CONSULTANTS, LTD. AND
TPC INVESTMENTS, INC., Appellees**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 01-35125**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 30, 2004.   On June 25, 2009, this court abated the appeal because appellant, GMS Energy Services, L.P., petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 05-33342.   *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on May 18, 2011. The parties failed to advise this court of the bankruptcy court action.

On September 27, 2011, we advised the parties that unless, within 20 days, any party to the appeal filed a motion demonstrating good cause to retain this appeal, the appeal would be reinstated and dismissed for want of prosecution.

On October 18, 2011, appellants requested an extension of time to file a response. The motion was granted and appellants' response was due on or before October 27, 2011. No response was filed.

On December 6, 2011, we advised the parties that unless, within 20 days, any party to the appeal filed a motion demonstrating good cause to retain this appeal, the appeal would be reinstated and dismissed for want of prosecution. As of this date, no response has been filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.